UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Holly Dawn Soeby, | File No. 21-cv-1472 (ECT/BRT) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| FCI Waseca, | |
| Respondent. | |

---

Magistrate Judge Becky R. Thorson issued a Report and Recommendation on August 4, 2021.  ECF No. 7.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 7] is **ACCEPTED**;

2. Petitioner Holly Dawn Soeby's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**;

3. This action is **DISMISSED WITHOUT PREJUDICE**; and

4. Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 4] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 31, 2021         s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court